IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN ALUMNI RESEARCH FOUNDATION,

                Plaintiff,

    v.

XENON PHARMACEUTICALS, INC.,

                Defendant.

ORDER FOR ENTRY OF
SECOND AMENDED
JUDGMENT

05-cv-242-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pursuant to the final judgment of the Seventh Circuit Court of Appeals dated January 5, 2010, the clerk of court is directed to enter a second amended judgment modifying the amended judgment entered on September 14, 2006, dkt. #232, as follows:

      Delete paragraphs E and G and reletter as appropriate.

      Add the following additional numbered paragraphs:

          (14)   on plaintiff's claim to quiet title to the PPA compounds invention.

          (15)   on plaintiff's claim for declaratory judgment that Dr. Grey-Keller's assignment to defendant is null and void.

          (16)   declaring that plaintiff properly terminated the exclusive license

1

agreement.

In all other respects, the judgment remains as amended and entered on September 14, 2006.

Entered this 5th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge